IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01058-WYD-OES

LEVERNE GREEN, M.D.,

Plaintiff(s),

vs.

CATHOLIC HEALTH INITIATIVES COLORADO,
d/b/a Centura Health-St. Anthony Central Hospital,
d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names, et al.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 26, 2005

      The Motion to Withdraw as Counsel of Record for Defendant Cardiovascular and Thoracic Surgery, P.C. [filed July 25, 2005] is GRANTED. Bruce A. Montoya and the firm of Messner & Reeves, LLC, are granted leave of Court to withdraw as counsel on behalf of the defendants Cardiovascular and Thoracic Surgery, P.C.