IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01058-WYD-OES

LEVERNE GREEN, M.D.,

Plaintiff(s),

vs.

CATHOLIC HEALTH INITIATIVES COLORADO,
d/b/a Centura Health-St. Anthony Central Hospital,
d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and
business names, et al.,

Defendant(s).

---

## **AMENDED** ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: August 15, 2005

Upon the Unopposed Motion for Extension of Time filed August 9, 2005, by Defendants

Catholic Health Initiatives Colorado ("CHIC"), George Zara, Christopher Knackstedt, Edwin

Lance Walker, Elliot C. "Skip" Wohlner, Anesthesia Consultants, P.C., Cardiovascular and

Thoracic Surgery, P.C., and Barbara Ferguson ("Defendants") and the Court being fully

advised in the matter,

IT IS HEREBY ORDERED that the Defendants' motion is GRANTED, and that

Defendants shall have through and including August 16, **2005**, in which to answer or otherwise

respond to Plaintiff's Complaint.

Dated at Denver this day of August 15, 2005.

BY THE COURT:


 s/O. Edward Schlatter
O. Edward Schlatter
U.S. Magistrate Judge