IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01058-WYD-OES

LEVERNE GREEN, M.D.,

    Plaintiff(s),

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-St. Anthony Central Hospital, d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOTT C. "SKIP" WOHLNER, individually and as principal of Anesthesia Consultants, P.C., a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals,

    Defendant(s).

**ORDER**

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Sixth Claim for Relief Under the Fair Labor Standards Act, filed on November 4, 2005. After careful review of the Stipulation and the file, the Court has concluded that the Stipulation should be approved and that Plaintiff's claim under the Fair Labor Standards Act be dismissed with prejudice. Therefore, it is

    ORDERED that the Stipulation for Dismissal of Plaintiff's Sixth Claim for Relief

Under the Fair Labor Standards Act, filed November 4, 2005, is **GRANTED**.  It is

FURTHER ORDERED that Plaintiff's claim under the Fair Labor Standards Act is

**DISMISSED WITH PREJUDICE**, each party to pay his or its own attorneys' fees and

costs.

Dated:  November 4, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge