IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01058-WYD-MEH

LEVERNE GREEN, M.D.,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO,
d/b/a Centura Health-St. Anthony Central Hospital,
d/b/a Centura Health St. Anthony Hospitals,
a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOTT C. "SKIP" WOHLNER, individually and as principal of Anesthesia Consultants, P.C.,
a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic
Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2006.**

    The Unopposed Motion to Excuse Defendants George Zara and Barbara Ferguson from Attendance at Settlement Conference [Filed 4/18/06; Docket #77] is **granted**. Defendants George Zara and Barbara Ferguson are excused from personal attendance at the settlement conference scheduled for May 1, 2006, at 1:30 p.m.