IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01058-WYD-MEH

LEVERNE GREEN, M.D.,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-St. Anthony Central Hospital, d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOTT C. "SKIP" WOHLNER, individually and as principal of Anesthesia Consultants, P.C., a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Leave to Attend Final Trial Preparation Conference by Telephone [# 167], filed July 5, 2007, is **GRANTED.** Mr. Goh is permitted to attend the Final trial Preparation Conference by telephone. Accordingly, Mr. Goh is ordered to call the chambers' telephone number, (303) 335-2170, at 1:30 p.m. on July 20, 2007.

    Dated:  July 9, 2007