IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01058-WYD-MEH

LEVERNE GREEN, M.D.,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-St. Anthony Central Hospital, d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOTT C. "SKIP" WOHLNER, individually and as principal of Anesthesia Consultants, P.C., a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals,

    Defendants.

**ORDER**

    THIS MATTER came before the Court for a Final Trial Preparation Conference on July 20, 2007.  After carefully considering the statements presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

    IT IS ORDERED that the parties shall meet and confer and file a final set of proposed jury instructions and verdict form by **August 3, 2007.**  It is

    FURTHER ORDERED that the Defendants shall file their motion in limine

regarding Plaintiff's expert witness, Dr. William Kaempfer, by **August 1, 2007.**

Plaintiff's response is due **August 10, 2007.**  It is

FURTHER ORDERED that the parties shall meet and confer and file final exhibit and witness lists by **August 3, 2007.**  It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the Final Trial Preparation Conference.

Dated:  July 20, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge