IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01058-WYD-MEH

LEVERNE GREEN, M.D.

        Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-St. Anthony Central Hospital, d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOT C."SKIP" WOHLNER, individually, and as principal of Anesthesia Consultants, P.C.,  a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and,
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals.

        Defendants.

---

### ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE

---

The Parties' Stipulated Motion to Dismiss Specific Claims with Prejudice [#190 ], filed August 3, 2007 is **GRANTED.**

It is ORDERED that:

1. Plaintiff's Eighth Claim for Relief: Tortious Interference with Prospective and Existing Contractual Relations.  This claim is dropped as to defendants Elliot C. "Skip" Wohlner, CHIC, George Zara and Christopher

        Knackstedt.  The claim remains as to defendant Edwin Lance Walker.

2. Plaintiff's Ninth Claim for Relief: Promissory Estoppel.  This claim is dropped as to defendant CHIC.  The claim remains as to defendant Anesthesia Consultants, P.C.

3. Plaintiff's Tenth Claim for Relief: Outrageous Conduct.  This claim is dropped as to defendants George Zara, Christopher Knackstedt, CVS-Cardiovascular and Thoracic Surgery, P.C., Elliot C. "Skip" Wohlner, and Anesthesia Consultants, P.C.  The claim remains as to defendants Edwin Lance Walker, Barbara Ferguson, and CHIC.

It is further ORDERED that each party shall pay its own attorneys' fees and costs.

Dated:  August 8, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge