IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01058-WYD-MEH

LEVERNE GREEN, M.D.

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Centura Health-St. Anthony Central Hospital, d/b/a Centura Health St. Anthony Hospitals, a Colorado corporation with multiple trade and business names;
GEORGE ZARA, individually and as CEO of Centura St. Anthony Hospitals;
CHRISTOPHER KNACKSTEDT, individually and as CFO of Centura St. Anthony Hospitals;
ELLIOT C."SKIP" WOHLNER, individually, and as principal of Anesthesia Consultants, P.C., a Colorado corporation;
ANESTHESIA CONSULTANTS, P.C., a Colorado corporation;
EDWIN LANCE WALKER, individually and as principal of Cardiovascular and Thoracic Surgery, P.C.;
CARDIOVASCULAR AND THORACIC SURGERY, P.C., a Colorado corporation;
BARBARA FERGUSON; and,
JOHN OR JANE DOES, employees or agents of Centura St. Anthony Hospitals.

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice (docket #209), filed September 27, 2007. After carefully reviewing the above-captioned case, I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Parties' Stipulation for Dismissal with Prejudice (docket #209) is **APPROVED**. It is

FURTHER ORDERED that this action, and all claims that were made or could have been made herein, shall be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees, expenses and costs.

Dated: September 28, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge